ORANSKY, SCARAGGI & BORG, P.C.
175 Fairfield Avenue, Suite 1A
P.O. Box 866
West Caldwell, NJ 07007-0866
[973] 364-1200
*Attorneys for Plaintiff(s)*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PLUMBERS LOCAL NO. 14 PENSION FUND; PLUMBERS LOCAL NO. 14 WELFARE FUND; PLUMBERS LOCAL NO. 14 ANNUITY FUND; and PLUMBERS LOCAL NO. 14 EDUCATION FUND <br><br> *Plaintiffs,* <br><br> - vs - <br><br> ROCK MECHANICAL CORP. <br><br> *Defendants.* | CIVIL ACTION <br><br> Case No.: 08-3356 (PGS) <br><br> STIPULATION OF DISMISSAL |

  *The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against either party.*

_____
By: Andrew D. Borg
*Attorney for Plaintiff(s)*

So Ordered
Peter M Ahmed
10/9/08

Dated: September 26, 2008